**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Rolando PEREZ, Defendant–Appellant.**

**No. 06–30583.**

United States Court of Appeals,
Ninth Circuit.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted June 5, 2007 *.

Filed June 14, 2007.

Lori Harper Suek, Esq., USBI—Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Kelly J. Varnes, Esq., Hendrickson Everson Noennig & Woodward, PC, Billings, MT, for Defendant–Appellant.

Before: LEAVY, RYMER, and T.G. NELSON, Circuit Judges.

MEMORANDUM **

Rolando Perez appeals from his guilty-plea conviction and 324–month sentence for violation of the Hobbs Act, 18 U.S.C. § 1951, and carrying or using a firearm, in violation of 18 U.S.C. § 924(c)(1)–(2). We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *United States v. Kelly*, 422 F.3d 889, 891–92 (9th Cir. 2005), and we vacate and remand.

Perez challenges the district court's determination that he was a career offender for sentencing purposes. *See* U.S.S.G. § 4B1.1. The Government has conceded error in this regard, because one of the predicate offenses was too old to be counted. *See* U.S.S.G. § 4A1.2(e). We agree that the sentence should be vacated and

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

remanded for proceedings consistent with this disposition.

**VACATED and REMANDED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.